**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 07-7342**

───────────

JON DREUITT,

             Plaintiff - Appellant,

       v.

ABDUL JAMALUDEEN, Medical Doctor; BETH HOLCOMB, Registered
Nurse, Medical Department Supervisor,

             Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Chief
District Judge.   (3:06-cv-00061-JRS)

───────────

Submitted:  April 28, 2008          Decided:  August 7, 2008

───────────

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Jon Dreuitt, Appellant Pro Se.   John David McChesney, Elizabeth
Martin Muldowney, RAWLS & MCNELIS, PC, Richmond, Virginia, for
Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jon Dreuitt appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Dreuitt v. Jamaludeen</u>, No. 3:06-cv-00061-JRS (E.D. Va. Aug. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>